# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH FELDMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV303 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TD AMERITRADE HOLDING CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

Defendant's Unopposed Motion to Extend Deadline to File Motion for Summary Judgment [Docket No. 41] is granted. Defendant is granted an additional 14 days or until February 14, 2007 in which to file any motions for summary judgment.

DATED this 30th day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge