IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH FELDMAN, ) | |
| ) | Case No. 8:06CV303 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| TD AMERITRADE HOLDING ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED:

Defendant's Stipulated Motion to Extend Brief Date [Docket No. 55] is granted.

Defendant is granted an extension from March 19, 2007 until March 23, 2007 in which to file its Reply Brief.

DATED this 15th day of March, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
Chief Judge